IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LIGHTHOUSE BAPTIST CHURCH OF COLUMBUS, GEORGIA, INC.     * | |
|     * | |
| Plaintiff, | Case No.4:18-CV-00009-CDL |
| v.     * | |
| RICKY SHORES, *in his official capacity as Fire Marshal of the Columbus Department of Fire & Medical Services,*     * | |
|     * | |
| Defendant. | |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated April 10, 2019, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 12th day of April, 2019.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk